UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>G. CAMBERO et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-283 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>(ECF No. 16) |

　　　　Presently before the Court is Plaintiff Charles Chatman's ("Plaintiff") Request for Extension of Time ("Req.," ECF No. 16). Plaintiff declares that he was in quarantine for Covid-19 from December 27, 2021 until January 21, 2022, without any of his personal property, including paper, envelopes, or a typewriter. *See* Declaration of Charles Chatman ¶¶ 2–3. He further declares that the law library is understaffed but new personnel is expected to begin work in the coming weeks. *Id.* ¶¶ 5–6. Accordingly, Plaintiff requests an extension of thirty (30) days of his deadline to file an amended complaint. *Id.* ¶ 7.

///
///
///
///
///

     Good cause appearing, the Court **GRANTS** Plaintiff's Request.  Plaintiff **SHALL FILE** his amended complaint <u>on or before April 1, 2022</u>.

     **IT IS SO ORDERED.**

Dated:  February 1, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge