UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>G. CAMBERO et al.,<br><br>                    Defendants. | Case No.: 21-CV-283 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>(ECF No. 18) |

Presently before the Court is Plaintiff Charles Chatman's ("Plaintiff") Request for Extension of Time ("Req.," ECF No. 18). Plaintiff declares that he has been occupied with compiling documents concerning the covid-19 situation in his facility to submit to the Solano County Civil Grand Jury. *See* Declaration of Charles Chatman ¶¶ 3–13. He further declares that he has obtained copies of some of the authorities cited by the Court in its prior order dismissing Plaintiff's Complaint without prejudice and that he has "recently started recomposing the complaint and promise the Court to be done within the (30) day requested, while apologizing for any inconvenience." *Id.* ¶¶ 14–15.

/ / /
/ / /
/ / /
/ / /

1     Good cause appearing, the Court **GRANTS** Plaintiff's Request. Plaintiff **SHALL FILE** his amended complaint <u>on or before May 9, 2022</u>.

    **IT IS SO ORDERED.**

Dated: April 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge